**Ronald L. SULLIVAN, Plaintiff–Appellant**

v.

**DEPARTMENT OF the TREASURY, Internal Revenue Service, Does 1 Through 20, Inclusive, Defendants–Appellees.**

No. 11–20247
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 29, 2012.

Ronald L. Sullivan, Katy, TX, pro se.

**UNITED STATES of America, Plaintiff–Appellee**

v.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.